Núm. 7229.—Pueblo, apldo. v. Torres, aplte.—C. D. Guayama.

Diciembre 15, 1938.

Por cuanto, Aquino Torres Reyes fué acusado de los delitos de homicidio y portar armas, y celebrado el juicio de su causa, fué condenado en junio 25, 1937, a sufrir un año de presidio por el primer

delito y un mes de cárcel por el segundo, y habiendo apelado de las sentencias y obtenido el beneficio de pobreza para tramitar su apelación el taquígrafo solicitó para preparar la transcripción de la evidencia una prórroga que venció en agosto 1, 1937, sin que desde entonces se realizara acto alguno para perfeccionar el recurso; y

Por cuanto, nueve meses después acudió a esta Corte Suprema pidiéndole un nuevo término para radicar en la corte sentenciadora la transcripción de la evidencia y como no alegara hechos demostrativos de que su apelación fuera meritoria su petición fué denegada el diez de mayo actual; y

Por cuanto, el veinte de mayo en curso ha presentado una moción de reconsideración acompañada de una declaración jurada de Armando A. Miranda, abogado que lo defendiera en el juicio, que narra los hechos que se le imputaron y asegura que debió ser absuelto por haberse demostrado que actuó en legítima defensa; y

Por cuanto, dada la forma en que aparece redactada la declaración jurada, la Corte no ha quedado de tal modo impresionada que se sienta justificada en autorizar nuevos términos que permitan tramitar una apelación que se tuvo abandonada por nueve meses;

Por tanto, se declara no haber lugar a reconsiderar la resolución de mayo diez en curso negando la concesión de un nuevo término para archivar en la Corte de Distrito la transcripción de la evidencia.

En los siguientes casos también se declaró no haber lugar a las reconsideraciones solicitadas:

Núms. 6934, 6935, 7191 y 7355.

### (B) Desestimaciones

#### (a) en general